# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2020

162064

*In re* GATES/GOMEZ/RODRIGUEZ/
FERGUSON, Minors.

SC: 162064
COA: 352446
Midland CC Family Division:
15-004504-NA

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

_____/

On order of the Court, the application for leave to appeal the September 10, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2020

Clerk

s1208